PER CURIAM.

David Atkins, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Atkins v. Day*, No. CA–00–1699–AM (E.D. Va. filed May 8, 2001; entered May 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Hector David Portillo, pro se. Stephen Matthew Schenning, United States Attorney, Baltimore, MD, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Hector David Portillo appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Portillo v. Gunja*, No. CA–01–1676–PJM (D. Md. June 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Hector David PORTILLO, Petitioner–Appellant,**

v.

**J.E. GUNJA, Warden, FCI Cumberland, Respondent–Appellee.**

No. 01–7167.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 20, 2001.

**Walter MOULTRIE, Plaintiff–Appellant,**

v.

**P. Douglas TAYLOR, Warden; Vincent M. Gore; Linda Malphrus, Industry Manager, Defendants–Appellees.**

No. 01–7429.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 20, 2001.